

1
2
3
4
5
6
7             UNITED STATES DISTRICT COURT
8             CENTRAL DISTRICT OF CALIFORNIA
9

10  UNITED STATES OF AMERICA,      )   Case No.: CR 99-1034-AHM
11              Plaintiff,         )   ORDER OF DETENTION
                                   )
12                                 )   [Fed. R. Crim. P. 32.1(a)(6);
        vs.                        )   18 U.S.C. § 3143(a)]
13                                 )
14  Giovanni MacPhail,             )
                Defendant.         )
15  _____)

16

17      The defendant having been arrested in this District pursuant to
18  a warrant issued by the United States District Court for the
19  Central District of California for alleged violation(s) of the terms and
20  conditions of his/her [probation] [supervised release]; and
21      The Court having conducted a detention hearing pursuant to
22  Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),
23      The Court finds that:
24  A.  (X) The defendant has not met his/her burden of establishing by
25      clear and convincing evidence that he/she is not likely to flee
26      if released under 18 U.S.C. § 3142(b) or (c). This finding is
27      based on number of violations previously committed
28

```
                                            and/or

  B.    (X)   The defendant has not met his/her burden of establishing by
        clear and convincing evidence that he/she is not likely to pose
        a danger to the safety of any other person or the community if
        released under 18 U.S.C. § 3142(b) or (c). This finding is based
        on:  Substantial criminal history and nature of and
             number of violations and
             nature of prior offenses


        IT THEREFORE IS ORDERED that the defendant be detained pending
  the further revocation proceedings.

  Dated:     6-20-08


                                            _____
                                                 JEFFREY W. JOHNSON
                                            UNITED STATES MAGISTRATE JUDGE
```